**GURR BRANDE & SPENDLOVE, PLLC**
ROBERT D. SPENDLOVE (Utah Bar No. 15924)
spendlove@gbsip.com
JARED G. BRANDE (Utah Bar No. 11514)
jared@gbsip.com
491 E. Riverside Dr., #4B
St. George, UT 84790
Phone: (435) 634-8868
Fax: (866)-232-8818

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| INVISIBLE BEAD EXTENSIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>BELLAMI HAIR, LLC,<br>EXTENSIONOLOGIST, LLC,<br>CAITLIN MEEHAN,<br>SARAH PAGE HAIR LLC, and<br>SARAH PAGE,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**<br><br><br>Case No. 4:21-cv-00046-DN<br><br>District Judge David Nuffer |

Plaintiff, Invisible Bead Extensions, LLC, by and through its counsel, Gurr Brande & Spendlove, PLLC, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the Complaint against the Defendants.

Plaintiff has not executed service upon Defendants, and no answer nor motion for summary judgement has been filed in this matter. Therefore, dismissal under Rule 41(a)(1) is appropriate.

DATED this 15th day of July, 2021.

GURR BRANDE & SPENDLOVE, PLLC

*/s/ Robert D. Spendlove*

ROBERT D. SPENDLOVE (Utah Bar No. 15924)
491 E. Riverside Dr., #4B
St. George, UT 84790
Phone: (435) 634-8889
Fax: (866)-232-8818
spendlove@gbsip.com

*Attorney for Plaintiff*